UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

OLIVIA GARCIA, Acting Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the National Labor Relations Board,

       Plaintiff,

  v.

SACRAMENTO COCA-COLA BOTTLING CO., INC.,

       Defendant.
_____/

NO. CIV. 2:10-2176 WBS JFM

ORDER OF RECUSAL

----oo0oo----

       Pursuant to 28 U.S.C. § 455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned because the undersigned has a financial interest in Coca-Cola.

       IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases

1

1  to compensate for such reassignment.

2  DATED:   August 13, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE