JILL H. COFFMAN, NY BAR 2307098
MICAH BERUL, CT BAR 418495, Counsel for Service
SARAH MCBRIDE, CA BAR 268865
National Labor Relations Board, Region 20
901 Market Street, Suite 400
San Francisco, California  94103-1735
Telephone Numbers:  (415) 356-5169/356-5180

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA GARCIA, Acting Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>　　　　　　　Petitioner,<br><br>　vs.<br><br>SACRAMENTO COCA-COLA BOTTLING CO., INC.,<br><br>　　　　　　　Respondent. | Civil No. S-10-2176 JAM JFM<br><br>STIPULATION AND ORDER TERMINATING PROCEEDING |

　　　It is hereby stipulated and agreed by and between Petitioner and Respondent, by their respective attorneys, subject to the approval of the Court, that:

　　　1.　　On August 20, 2010, this Court, by the Honorable Frank C. Damrell, Jr., issued a temporary injunction, pursuant to Petitioner's Petition for Injunction Under Section 10(j) of the National Labor Relations Act, pending final administrative disposition of the matters involved pending before the National Labor Relations Board (the "Board").

　　　2.　　On November 4, 2010, the parties entered into a Settlement Agreement constituting final administrative disposition of the matters involved before the Board.

Order Terminating Proceeding　　　　　　　　　　　1

PDF created with pdfFactory trial version www.pdffactory.com

It appearing to the Court that the parties have entered into a Settlement Agreement, which has been complied with fully, thereby constituting final disposition of the matter involved in this proceeding; and the parties hereto having consented to the entry of the within order, it is, therefore,

ORDERED, that this proceeding be, and the same hereby is, terminated.

DATED AT Sacramento, California, this 15th day of February, 2011.

/s/ John A. Mendez
United States District Judge

The entry of the foregoing order is hereby consented to :

Date

By: _____
Micah Berul, Esq.
NATIONAL LABOR RELATIONS BOARD, Region 20
901 Market Street, Suite 400
San Francisco, CA 94103
Attorney for PETITIONER

Date

By: _____
Dennis R, Murphy, Esq.
MURPHY AUSTIN ADAMS SCHOENFELD, LLP
304 "S" Street,
Sacramento, California 95811
Attorney for RESPONDENT

PDF created with pdfFactory trial version www.pdffactory.com